U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JAN 18 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| TEXTRON FINANCIAL CORP. | CIVIL ACTION NO. 07-1203 |
| VERSUS | JUDGE WALTER |
| WAYNE McINTOSH | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motion to Dismiss For Lack of Personal Jurisdiction (Doc. 9) is granted** and all claims against Wallace Olsen are **dismissed without prejudice** for lack of personal jurisdiction.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 18th day of January, 2008.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE